# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DOMINQUE VALLIER

NO. 2024 KW 0772

**NOVEMBER 4, 2024**

---

In Re:    Dominque Vallier, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 557415.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT